ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/8/2025 1:40 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00060-CV**

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/8/2025 1:40:57 PM
CHRISTOPHER A. PRINE
Clerk

**MARVIN GLENN BERRY AND BONNIE BERRY
AS SUCCESSOR IN INTEREST TO DENNIS WAYNE BERRY,**
*Appellants,*

**v.**

**ALBERT THEODORE POWERS AND ALLIED PORTS LLC,**
*Appellees.*

From Business Court Division 11A
Cause No. 24-BC11A-0025

**SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF OF APPELLEES**

TO THE HONORABLE COURT OF APPEALS:

Appellees Albert Theodore Powers and Allied Ports LLC file this second unopposed motion for extension of time and would show the Court as follows:

1. Appellees seek an 18-day extension, until September 26, 2025, to file the brief.

2. This is Appellees' second request for an extension of time to file the brief. This motion is unopposed.

3. Lead counsel for Appellee Albert Theodore Powers, Alistair B. Dawson, unexpectedly passed away on August 30, 2025.

4.     Mr. Powers respectfully requests an extension so that he may identify new lead counsel and so that new lead counsel will have sufficient time to participate in the process of preparing the brief.

5.     Additionally, Mary Kate Raffetto, additional counsel for Mr. Powers, has been and continues to be engaged in other litigation with imminent deadlines that have and will prevent her from completing the brief before the present deadline, detailed as follows:

6.     Preparation of pre-trial filings and expert responses filed on August 21, 2025, along with preparation for and attendance at pre-trial conferences on both August 7, 2025 and August 29, 2025, in No. 4-23-CV-03944, *Marco Antonio Rodriguez, et al. v. Frez-N-Stor, Inc., et al.*, in the Southern District of Texas, Houston Division, and preparation for trial in that matter.

7.     Preparation of several discovery briefs and preparation for a hearing related to same on August 28, 2025, in No. 2025-27753, *Gerard Pusch, et al. v. Chi-hung David Nguyen, et al*, in the 281st Judicial District Court, Harris County, Texas, and additional briefing in that matter due on September 10, 2025.

8.     Preparation of a response to a mandamus petition in No. 01-25-00552-CV, *In re Hilcorp Energy Co.*, in the First Court of Appeals, for which Mr. Dawson also served as lead counsel, and for which an extension motion is pending.

9.     Preparation of the appellants' brief in No. 14-25-00283-CV, *Valerie Lynn Gnadt, as independent executrix of the Estate of Deloris Darlene Moody v. Moody National Bank, in its capacity as executor of the W.L. Moody, IV Estate*, in the Fourteenth Court of Appeals, filed on September 5, 2025.

10.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the brief.

11.    For these reasons, Appellees respectfully request an eighteen-day extension of time to file the brief, until September 26, 2025.

Respectfully submitted,

| BECK REDDEN LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By:    */s/ Mary Kate Raffetto*<br>        Mary Kate Raffetto<br>        State Bar No. 24098296<br>        mkraffetto@beckredden.com<br>        M. Jake McClellan<br>        State Bar No. 24109525<br>        jmcclellan@beckredden.com<br>        Madeline E. Gay<br>        State Bar No. 24138681<br>        mgay@beckredden.com<br>1221 McKinney, Suite 4500<br>Houston, Texas 77010-2010<br>Telephone: (713) 951-3700<br><br>**Attorneys for Appellee,**<br>**Albert Theodore Powers** | By:    */s/ Roland Garcia*<br>        Roland Garcia<br>        State Bar No. 07645250<br>        garciar@gtlaw.com<br>        Steven Higginbotham<br>        State Bar No. 24125274<br>        higginbothams@gtlaw.com<br>1000 Louisiana Street, Suite 6700<br>Houston, Texas 77002<br>Telephone: (713) 374-3500<br><br>**Attorneys for Appellee,**<br>**Allied Ports LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025 a true and correct copy of the foregoing Second Unopposed Motion for Extension of Time to File Brief of Appellees has been electronically filed and served on all counsel of record.

*/s/ Mary Kate Raffetto*
Mary Kate Raffetto

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Audrey Mullert Vicknair, counsel for Appellants. Appellants are unopposed to the relief requested in this motion. Counsel thanks Appellants and their counsel for their kindness and condolences in the wake of Mr. Dawson's passing.

*/s/ Mary Kate Raffetto*
Mary Kate Raffetto

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anna Erickson on behalf of Mary Raffetto
Bar No. 24098296
aerickson@beckredden.com
Envelope ID: 105330246
Filing Code Description: Motion
Filing Description: Second Unopposed Motion for Extension of Time to File Brief of Appellees
Status as of 9/8/2025 1:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Melanie McClenathen | | mmcclenathen@jw.com | 9/8/2025 1:40:57 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Adam Aston | 24045423 | aaston@jw.com | 9/8/2025 1:40:57 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Jesse Crochet | | jcrochet@beckredden.com | 9/8/2025 1:40:57 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Barrett Reasoner | | breasoner@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 9/8/2025 1:40:57 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 9/8/2025 1:40:57 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 9/8/2025 1:40:57 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 9/8/2025 1:40:57 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 9/8/2025 1:40:57 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 9/8/2025 1:40:57 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 9/8/2025 1:40:57 PM | SENT |
| Anna Erickson | | aerickson@beckredden.com | 9/8/2025 1:40:57 PM | SENT |
| Charlie Henke | | chenke@henkelawfirm.com | 9/8/2025 1:40:57 PM | SENT |
| Joel Glover | | jglover@jw.com | 9/8/2025 1:40:57 PM | SENT |